IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jeremy Pettigrew, | ) | Civil Action No. 2:17-2797-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| Sarah Tryon, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's unopposed motion to dismiss for lack of subject-matter jurisdiction. Plaintiff alleges that he was riding his bicycle when Defendant struck him while pulling out of a parking space in Columbia, South Carolina. Plaintiff alleges that he is a citizen of South Carolina, that Defendant is a citizen of "one of these United States," and that this Court has diversity jurisdiction over this action. (Dkt. No. 1 ¶¶ 3–4.) In her motion to dismiss, Defendant argues that she is a citizen of South Carolina and that, since both parties are citizens of South Carolina, diversity jurisdiction does not exist over this action. (Dkt. No. 8.) Plaintiff has not opposed Defendant's motion to dismiss. Further, Plaintiff fails even to allege that Defendant is a citizen of a state other than South Carolina. The complaint therefore is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

November _1_, 2017
Charleston, South Carolina

-1-